830 A.2d 913

IN THE MATTER OF RAYMOND T. LE BON, AN ATTORNEY AT LAW (ATTORNEY NO. 014111979).

September 11, 2003.

ORDER

The Disciplinary Review Board having filed a report with the Court in DRB 02–432, recommending that **RAYMOND T. LE BON** of **WESTMONT**, who was admitted to the bar of this State in 1979, and who has been restrained from practicing law since July 1, 2000, be disbarred for the knowing misappropriation of funds in violation of *In re Siegel,* 133 *N.J.* 162, 627 *A.2d* 156 (1993), *RPC* 1.15(d) (failure to deliver funds to third party), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation);

And **RAYMOND T. LE BON** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **RAYMOND T. LE BON** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **RAYMOND T. LE BON** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **RAYMOND T. LE BON** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **RAYMOND T. LE BON** pursuant to *Rule* 1:21–6, which were restrained from disbursement by Order of the Court filed May 31, 2000, shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending further Order of this Court; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.